# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kate Wirt,             Chapter     13

**Debtor 1**

           Case No.     1:20–bk–02758–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 10, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 13, 2021            By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kate Wirt<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:20-BK-02758-HWV<br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 18, 2021, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing            Barclays Bank Delaware                 Bureau of Account Management
0314-1                                     PO Box 8803                            3607 Rosemont Avenue, Suite 502
Case 1:20-bk-02758-HWV                     Wilmington, DE 19899-8803              PO Box 8875
Middle District of Pennsylvania                                                   Camp Hill, PA 17001-8875
Harrisburg
Mon Jan 18 11:19:56 EST 2021

Bureaus Investment Group Portfolio No 15 LLC    Capital One Bank / Justice        (p)JPMORGAN CHASE BANK  N A
c/o PRA Receivables Management, LLC             PO Box 30258                      BANKRUPTCY MAIL INTAKE TEAM
PO Box 41021                                    Salt Lake City, UT 84130-0258     700 KANSAS LANE FLOOR 01
Norfolk VA 23541-1021                                                             MONROE LA 71203-4774

Commercial Acceptance Company              Credit Management Control              (p)DSNB MACY S
2300 Gettysburg Road, Suite 102            PO Box 1654                            CITIBANK
Camp Hill, PA 17011-7303                   Green Bay, WI 54305-1654               1000 TECHNOLOGY DRIVE MS 777
                                                                                  O FALLON MO 63368-2222

Charles J DeHart, III (Trustee)            Department Stores National Bank        JPMorgan Chase Bank, N.A.
8125 Adams Drive, Suite A                  c/o Quantum3 Group LLC                 s/b/m/t Chase Bank USA, N.A.
Hummelstown, PA 17036-8625                 PO Box 657                             c/o Robertson, Anschutz & Schneid, P.L.
                                           Kirkland, WA  98083-0657               6409 Congress Avenue, Suite 100
                                                                                  Boca Raton, FL 33487-2853

M&T Bank                                   Members 1st Federal Credit Union       Midland Credit Management, Inc.
P.O. Box 840                               5000 Louise Drive                      PO Box 2037
Buffalo, NY 142040-0840                    PO Box 40                              Warren, MI 48090-2037
                                           Mechanicsburg, PA 17055-0040

Paul Donald Murphy-Ahles                   National Recovery Agency               Navient Solutions, Inc.
Dethlefs Pykosh & Murphy                   2491 Paxton Street                     Attn: Claims Department
2132 Market Street                         Harrisburg, PA 17111-1036              PO Box 9500
Camp Hill, PA 17011-4706                                                          Wilkes Barre, PA 18773-9500

PRA Receivables Management, LLC            Pendrick Capital Partners, LLC         Pennsylvania Department of Revenue
PO Box 41021                               Peritus Portfolio Services II, LLC     Bankruptcy Division
Norfolk, VA 23541-1021                     PO BOX 141419                          P.O. Box 280946
                                           IRVING, TX  75014-1419                 Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC       Receivables Management Systems         Rebecca Ann Solarz
PO BOX 41067                               7206 Hull Road, Suite 211              KML Law Group, P.C.
NORFOLK VA 23541-1067                      PO Box 73810                           701 Market St.
                                           Richmond, VA 23235-8047                Suite 5000
                                                                                  Philadelphia, PA 19106-1541

Synchrony Bank                             Synchrony Bank / JCPenney              The Bureaus, Inc.
c/o PRA Receivables Management, LLC        Attn: Bankruptcy Department            650 Dundee Road, Suite 370
PO Box 41021                               PO Box 965064                          Northbrook, IL 60062-2757
Norfolk, VA 23541-1021                     Orlando, FL 32896-5064

United States Trustee                      Wells Fargo Bank, N.A.                 Wells Fargo Card Services
228 Walnut Street, Suite 1190              PO Box 10438, MAC F8235-02F            PO Box 14517
Harrisburg, PA 17101-1722                  Des Moines, IA  50306-0438             Des Moines, IA 50306-3517
```

Kate Wirt
2965 Old Trail Road
York Haven, PA 17370-9076


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| Chase Card | DSNB / Macy's | Portfolio Recovery Associates, LLC |
| PO Box 15298 | PO Box 8218 | POB 12914 |
| Wilmington, DE 19850 | Mason, OH 45040 | Norfolk VA 23541 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Lakeview Loan Servicing LLC

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31